### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DAVIS | : | CIVIL ACTION |
| v. | : | |
| JIOVANNI ROMERO, et al. | : | NO. 11-5634 |

### O R D E R

**AND NOW, TO WIT:** This 18th day of November, 2011, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: s/Lynn Meyer
Lynn Meyer
Deputy Clerk

cc:  Kevin Kelly, Esquire (e-mail)
Richard Mentzinger, Esquire (e-mail)
Justin Borkowski, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Davis v Romero 11-5634 - 41b order.wpd